IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **JAMES E. EVANS** | : |
|       **PLAINTIFF** | :   Civil Action No. 4:15CV-00061-JHM |
| v. | :   CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| **MUHLENBERG COUNTY, KENTUCKY,** | : |
|    **ET AL.** | : |
|       **DEFENDANTS** | : |

## JUDGMENT

Consistent with the filing of the Notice of Plaintiff's Acceptance of Defendant's Offer of Judgment [DN 53],

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Plaintiff, James E. Evans, against Defendants, Muhlenberg County, Kentucky, and Michael A. Drake, jointly and severally, in the sum of Sixty Thousand and One Dollars and 00/100 ($60,001.00). This amount is inclusive of all costs of suit and attorneys' fees otherwise recoverable in this action by Plaintiff.

*Joseph H. McKinley, Jr., Chief Judge*
United States District Court

August 15, 2016

Copies to:   Counsel of record